UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HUGO GAYTAN, | Case No.: 20cv153-MDD |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S AMENDED MOTION TO PROCEED IN FORMA PAUPERIS [ECF NO. 7]** |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

On January 23, 2020, Plaintiff Hugo Gaytan filed this social security appeal pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), challenging the denial of his application for disability benefits. (ECF No. 1). Plaintiff simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). (ECF No. 2). The Court denied Plaintiff's motion to proceed IFP because his application did not fully explain how he covered his living expenses. (ECF No. 6). Plaintiff has filed an amended motion to proceed IFP. (ECF No. 7). For the reasons set for below, the Court **GRANTS** Plaintiff's motion to proceed IFP.

All parties instituting any civil action, suit or proceeding in a district

court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriquez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1965). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948). But "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

A review[1] of the amended application by the Court shows that Plaintiff receives $197.00 in food stamps and relies primarily upon his parents and odd jobs for living expenses. Plaintiff's amended affidavit sufficiently shows he is unable to pay the fees or post securities required to maintain this action. As such, Plaintiff's amended motion to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

Dated:   July 24, 2020

*[signature]*
Hon. Mitchell D. Dembin
United States Magistrate Judge

---

[1] The Court has also reviewed Plaintiff's complaint, and concludes it is not subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B).